**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUDMILLA HYMAN, Individually, in her Capacity as Beneficiary of the Estate of MALCOLM HYMAN, and as parent and natural guardian of S.H.<br><br>v.<br><br>BUTLER HOSPITAL; FREDERICK GUGGENHEIM, M.D. and MARTIN FURMAN, MD | C.A. No. 12-168M |

**DISMISSAL STIPULATION**

All claims against Defendants, Frederick Guggenheim, MD, Martin Furman, MD and Butler Hospital are hereby dismissed with prejudice, no interest and no costs.

| | |
|---|---|
| Ludmilla Hyman, Individually, in her Capacity as Beneficiary of the Estate of Malcolm Hyman, and parent and natural guardian of S.H.<br>By her attorney, | Frederick Guggenheim, M.D.<br>Martin Furman, M.D.<br>Butler Hospital<br><br>by Their attorney, |
| */s/ Peter P.D. Leach, Esq.*<br>Peter P.D. Leach, Esq. (#3955)<br>293 South Main Street, Suite 1<br>Providence, RI 02903<br>Tel:  (401) 521-9100<br>Fax:  (401) 521-9120<br>Peterleachlaw@aol.com | */s/ Paul F. Galamaga, Esq.*<br>Paul F. Galamaga, Esq. (#5803)<br>Ratcliffe Harten Burke & Galamaga, LLP<br>40 Westminster St., Suite 700<br>Providence, RI 02903<br>Tel:  (401) 331-3400<br>Fax:  (401) 331-3440<br>pgalamaga@rhbglaw.com |

**CERTIFICATION**

I hereby certify that on this 17th day of March, 2015, the within was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record who are registered participants identified on the Notice of Electronic Filing.

*/s/ Cassandra A. DeAngelis*